UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>**GARY PEREZ;**<br>**DAVALOS CORP.,** a California Corporation; and Does 1-10,<br><br>Defendants. | Case: **2:16-CV-02554-JAM-CKD**<br><br>**ORDER** |

## ORDER

Defendant DAVALOS CORP. ("DAVALOS") is hereby ordered dismissed without prejudice.

Dated: 4-17-2017

*/s/ John A Mendez*

HONORABLE ~~CAROLYN K. DELANEY~~ John A Mendez
UNITED STATES ~~MAGISTRATE~~ DISTRICT COURT JUDGE

1

Notice for Dismissal            Case: 2:16-CV-02554-JAM-CKD