UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>GARY R. PEREZ, et al.,<br><br>        Defendants. | No. 2:16-cv-2554 JAM CKD PS<br><br><br><br>ORDER |

Defendant Perez, proceeding pro se, did not cooperate in filing a joint scheduling report per Rule 26(c), nor did he attend the June 7, 2017 status conference in this matter.

Accordingly, IT IS HEREBY ORDERED that defendant shall show cause no later than June 21, 2017 why sanctions should not be imposed for failing to litigate this action.

Dated: June 8, 2017

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 johnson2554.osc

1