UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY R. PEREZ,<br><br>　　　　　Defendant. | No. 2:16-cv-2554 JAM CKD (PS)<br><br><br><u>ORDER</u> |

On August 16, 2017, the court held a hearing on plaintiff's motion to compel against remaining defendant Perez. (ECF No. 26.) Plaintiff was represented by attorney Elliot Montgomery, who appeared telephonically, while the pro se defendant did not appear. Good cause appearing, the court will grant plaintiff's motion to compel.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel (ECF No. 26) is granted;

2. Defendant Perez shall serve Initial Disclosures within 14 days of the date of this order.

Dated: August 17, 2017

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

2/john2299.mtc

1