UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-2554 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| GARY R. PEREZ, et al., | |
| Defendants. | |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a status conference for January 17, 2018 at 10:00 a.m. in Courtroom No. 24 at which the parties, by and through their attorneys of record, shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance required. IT IS SO ORDERED.

Dated: November 20, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 johnson2554.sett

1